**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | LITIN, STEPHEN § | Case No. 11-24854 |
| | LITIN, DEBRA § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 South Dearborn Street, Room 710
  Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **05/17/2013 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 04/17/2013         By:   /s/ Ilene F. Goldstein
                                      Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: LITIN, STEPHEN | § | Case No. 11-24854 |
| LITIN, DEBRA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 11,858.83 |
| *and approved disbursements of* | $ 53.10 |
| *leaving a balance on hand of* [1] | $ 11,805.73 |
| **Balance on hand:** | $ 11,805.73 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,805.73 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,935.88 | 0.00 | 1,935.88 |
| Trustee, Expenses - ILENE F. GOLDSTEIN | 80.00 | 0.00 | 80.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,015.88 |
| Remaining balance: | $ 9,789.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 9,789.85 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 9,789.85

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,413.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 85.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 661.53 | 0.00 | 567.42 |
| 2 | Chase Bank USA, N.A. | 8,399.37 | 0.00 | 7,204.32 |
| 3 | Chase Bank USA, N.A. | 1,288.29 | 0.00 | 1,104.99 |
| 4 | Credit First National Association | 1,064.59 | 0.00 | 913.12 |

Total to be paid for timely general unsecured claims: $ 9,789.85
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-24854-ABG
Stephen Litin                                                           Chapter 7
Debra Litin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez                Page 1 of 3                 Date Rcvd: Apr 24, 2013
                              Form ID: pdf006              Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2013.
```
db           #+Stephen Litin,    2496 N. Pennwood Ct.,    Round Lake Beach, IL 60073-4925
jdb          #+Debra Litin,    2496 N. Pennwood Ct.,    Round Lake Beach, IL 60073-4925
17404440     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
17404441     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18006240      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17404443     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
17404444     +Counseling Connections,    31480 N. Highway 45,    Libertyville, IL 60048-9444
17404445     +Credit First,    Po Box 818011,    Cleveland, OH 44181-8011
18052823     +Credit First National Association,    Po Box 818011,    Cleveland, OH 44181-8011
17404446     +Dr. Cameron Woods,    351 Greenleaf Ave.,    Suite A,    Park City, IL 60085-5701
17404447     +Dr. Sabbagha,    Soume Diagnostics,    PO Box 11690,    Chicago, IL 60611-0690
17404448     +Dr. Steve Oltean,    1275 East Belvidere Road,    Unit 222,    Grayslake, IL 60030-2082
17404449      Dr. Strohmayer,    15 Greenleaf,    Suite A,    Gurnee, IL 60031
17942656      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17404451     +Illinois Bone and Joint,    350 South Greenleaf Ave.,    Suite 405,    Gurnee, IL 60031-5709
17404452     +Illinois Bone and Joint Institute,    5057 Paysphere Circle,    Chicago, IL 60674-0050
17404453     +Integrated Homecare,    2000 Bloomingdale Road,    Glendale Heights, IL 60139-2197
17404455     +Lakeshore Gastroenterology,    PO Box 7630,    Gurnee, IL 60031-7002
17404456      Luna,    52 S. Milwaukee Ave.,    Wheeling, IL 60090
17404460     +Patelco Credit Union,    PO Box 8020,    Pleasanton, CA 94588-8601
17404461     +Professional Account Services,    7100 Commerce Way,    Suite 100,    Brentwood, TN 37027-6935
17404462      Quest Diagnostics,    PO Box 809403,    Chicago, IL 60680-9403
17404463     +Tan Vacation Club,    PMB #311,    672 Old Mill Rd.,    Millersville, MD 21108-1363
17404464      Vista Medical Center,    1324 N. Sheridan Road,    Waukegan, IL 60085-2161
17404465     +Vista Medical Center East,    Professional Account Services,    7100 Commerce Way, Suite 100,
                Brentwood, TN 37027-6935
17404466     +Vista Surgical Center,    1050 Red Oak Lane,    Lindenhurst, IL 60046-4998
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17404450     +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2013 02:48:14      Gemb/care Credit,    950 Forrer Blvd,
                Kettering, OH 45420-1469
17404457     +E-mail/Text: bankrup@aglresources.com Apr 25 2013 02:19:25      Nicor Gas,
                Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17404442      Citibank
17404439    ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
17404454    ##+Integrated Homecare, Chicago,    5411 East State Street,    Suite 209,    Rockford, IL 61108-2376
17404458    ##+Orchard Medical Center,    543 Orchard Street,    Antioch, IL 60002-1297
17404459    ##+Patelco Credit Union,    Attn: Bankruptcy,    156 2nd St,    San Francisco, CA 94105-3725
                                                                                   TOTALS: 1, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: bchavez              Page 2 of 3              Date Rcvd: Apr 24, 2013
                              Form ID: pdf006            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 26, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: bchavez              Page 3 of 3            Date Rcvd: Apr 24, 2013
                               Form ID: pdf006            Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2013 at the address(es) listed below:

        Ben L Schneider    on behalf of Joint Debtor Debra  Litin ben@windycitylawgroup.com, mstone@windycitylawgroup.com

        Ben L Schneider    on behalf of Debtor Stephen  Litin ben@windycitylawgroup.com, mstone@windycitylawgroup.com

        Ilene F Goldstein, ESQ    ifgcourt@aol.com, IL35@ecfcbis.com

        Joel A Schechter, ESQ    on behalf of Creditor    Patelco Credit Union joelschechter@covad.net

        Maria  Georgopoulos    on behalf of Creditor    CitiMortgage, Inc. successor by merger to ABN AMRO Mortgage Group, Inc. nd-three@il.cslegal.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                        TOTAL: 6