UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Stephen and Debra Litin<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   11-24854<br><br>Chapter:  7<br>Honorable A. Benjamin Goldgar<br>Lake County |

**ORDER ALLOWING FINAL STATUTORY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE ILENE F. GOLDSTEIN**

This matter coming to be heard upon the Final Application for Allowance of Statutory Compensation and Reimbursement of Expenses of the Trustee Ilene F. Goldstein, the Trustee having filed an application seeking $1,935.88 and reimbursement of expenses in the amount of $80.00, due notice having been given and the Court being fully advised in the premises;
IT IS HEREBY ORDERED:
Trustee, Ilene F. Goldstein, is hereby awarded and the Trustee is directed to pay final statutory compensation in the amount of $1,935.88 and reimbursement of expenses in the amount of $80.00.

Enter:

Dated: MAY 17 2013

United States Bankruptcy Judge

**Prepared by:**
Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave, Suite 200
Highland Park, Illinois 60035
(847) 926-9595

Rev: 20130103_bko