**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: LITIN, STEPHEN § Case No. 11-24854
      LITIN, DEBRA §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $168,660.00      Assets Exempt: $6,160.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,789.85      Claims Discharged Without Payment: $1,623.93

Total Expenses of Administration: $2,068.98

    3) Total gross receipts of $ 11,858.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,858.83 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,068.98 | 2,068.98 | 2,068.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 11,413.78 | 11,413.78 | 9,789.85 |
| **TOTAL DISBURSEMENTS** | $0.00 | $13,482.76 | $13,482.76 | $11,858.83 |

    4) This case was originally filed under Chapter 7 on June 13, 2011. The case was pending for 27 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/28/2013          By: /s/ILENE F. GOLDSTEIN
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 16% interest in Edith Commuso Trust | 1129-000 | 11,858.83 |
| **TOTAL GROSS RECEIPTS** | | **$11,858.83** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,935.88 | 1,935.88 | 1,935.88 |
| ILENE F. GOLDSTEIN | 2200-000 | N/A | 80.00 | 80.00 | 80.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 10.77 | 10.77 | 10.77 |
| Rabobank, N.A. | 2600-000 | N/A | 15.90 | 15.90 | 15.90 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 16.43 | 16.43 | 16.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,068.98 | $2,068.98 | $2,068.98 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 661.53 | 661.53 | 567.42 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 8,399.37 | 8,399.37 | 7,204.32 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,288.29 | 1,288.29 | 1,104.99 |
| 4 | Credit First National Association | 7100-000 | N/A | 1,064.59 | 1,064.59 | 913.12 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $11,413.78 | $11,413.78 | $9,789.85 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-24854  
**Case Name:** LITIN, STEPHEN  
               LITIN, DEBRA  
**Period Ending:** 08/28/13

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 06/13/11 (f)  
**§341(a) Meeting Date:**  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 2496 N. Pennwood Ct., Round Lake, Beac<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 160,000.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Checking<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Checking<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Savings<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3.00 | 0.00 | | 0.00 | FA |
| 5 | Chase Savings<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,055.00 | 0.00 | | 0.00 | FA |
| 6 | Furniture<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 7 | Clothing<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | 16% interest in Edith Commuso Trust<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | | 11,858.83 | FA |
| 9 | 2001 Honda Accord: 130000 miles<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | 1999 Honda Accord: 210000 miles<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Assets  Totals (Excluding unknown values) | **$168,660.00** | **$500.00** | | **$11,858.83** | **$0.00** |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-24854　　　　　　　　　　　　　　　　**Trustee:** (330290)   ILENE F. GOLDSTEIN
**Case Name:** LITIN, STEPHEN　　　　　　　　　　　　　　**Filed (f) or Converted (c):** 06/13/11 (f)
　　　　　　　　LITIN, DEBRA　　　　　　　　　　　　　　　**§341(a) Meeting Date:**
**Period Ending:** 08/28/13　　　　　　　　　　　　　　　　**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

　　　　STATUS: THE TRUSTEE BECAME THE SUCCESSOR TRUSTEE ON DECEMBER 15, 2011 AND RESOLVED A CLAIM TO A DECEDANTS ESTATE AND HAS
　　　　JUST RECENTLY RECEIVED A DISTRIBUTION.
　　　　THE TRUSTEE EXPECTS TO HAVE THIS CASE CLOSED BY DECEMBER 31, 2013.

**Initial Projected Date Of Final Report (TFR):**　　May 31, 2013　　　　　　**Current Projected Date Of Final Report (TFR):**　　December 31, 2013

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-24854  
**Case Name:** LITIN, STEPHEN  
LITIN, DEBRA  
**Taxpayer ID #:** **-***9393  
**Period Ending:** 08/28/13

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******98-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/22/13 | {8} | Edith Comuso Trust | Asset inheritance | 1129-000 | 11,858.83 | | 11,858.83 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 11,858.83 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,858.83 | 11,858.83 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,858.83 | |
| | | | **Subtotal** | | 11,858.83 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,858.83** | **$0.00** | |

{} Asset reference(s)

Printed: 08/28/2013 01:34 PM    V.13.13

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-24854 | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** LITIN, STEPHEN / LITIN, DEBRA | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****064266 - Checking Account |
| **Taxpayer ID #:** **-***9393 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/28/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 11,858.83 | | 11,858.83 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,848.83 |
| 02/26/13 | 10101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #11-24854, Bond Number 016026455 | 2300-000 | | 10.77 | 11,838.06 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.90 | 11,822.16 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.43 | 11,805.73 |
| 05/20/13 | 10102 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,935.88, Trustee Compensation; Reference: | 2100-000 | | 1,935.88 | 9,869.85 |
| 05/20/13 | 10103 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $80.00, Trustee Expenses; Reference: | 2200-000 | | 80.00 | 9,789.85 |
| 05/20/13 | 10104 | FIA CARD SERVICES, N.A. | Dividend paid 85.77% on $661.53; Claim# 1; Filed: $661.53; Reference: | 7100-000 | | 567.42 | 9,222.43 |
| 05/20/13 | 10105 | Chase Bank USA, N.A. | Dividend paid 85.77% on $8,399.37; Claim# 2; Filed: $8,399.37; Reference: | 7100-000 | | 7,204.32 | 2,018.11 |
| 05/20/13 | 10106 | Chase Bank USA, N.A. | Dividend paid 85.77% on $1,288.29; Claim# 3; Filed: $1,288.29; Reference: | 7100-000 | | 1,104.99 | 913.12 |
| 05/20/13 | 10107 | Credit First National Association | Dividend paid 85.77% on $1,064.59; Claim# 4; Filed: $1,064.59; Reference: | 7100-000 | | 913.12 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 11,858.83 | 11,858.83 | $0.00 |
| Less: Bank Transfers | 11,858.83 | 0.00 | |
| **Subtotal** | 0.00 | 11,858.83 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$11,858.83** | |

Net Receipts : 11,858.83
Net Estate : $11,858.83

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******98-66** | 11,858.83 | 0.00 | 0.00 |
| **Checking # ****064266** | 0.00 | 11,858.83 | 0.00 |
| | $11,858.83 | $11,858.83 | $0.00 |

{} Asset reference(s)

Printed: 08/28/2013 01:34 PM   V.13.13